Certificate Number: 01356-OHN-DE-008050741

Bankruptcy Case Number: 09-62513

## **CERTIFICATE OF DEBTOR EDUCATION**

I certify that on August 17, 2009, at 8:29 o'clock PM EDT, Patricia Rohrer completed a course on personal financial management given by internet by Hummingbird Credit Counseling and Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: August 18, 2009

By /s/Elana Walker for Victoria Wright

Name Victoria Wright

Title Executive Director of Education